## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Leon Cleveland  
        Debtor(s)

CHAPTER 13

BKY. NO. 13-12443 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3698

                                              Respectfully submitted,

                                              **/s/Thomas Puleo, Esquire**  
                                              Thomas Puleo, Esquire  
                                              Brian C. Nicholas, Esquire  
                                              KML Law Group, P.C.  
                                              701 Market Street, Suite 5000  
                                              Philadelphia, PA 19106-1532  
                                              (215) 825-6306  FAX (215) 825-6406