## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Leon Cleveland | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.:  13-12443-sr |
| | : | |

****************
**Hearing to be Held:**
**Date:**  **February 22, 2017**
**Time:**  **10:00am**
**Place:**  **United States Bankruptcy Court**
**Eastern District of Pennsylvania**
**Courtroom #4**
**Robert N.C. Nix Sr. Federal Courthouse**
**900 Market Street**
**Philadelphia, PA 19107**
****************

## NOTICE OF DEBTOR'S OBJECTION TO CLAIM 13 FILED BY US BANK N.A., SUCCESSOR TRUSTEE TO LASALLE BANK SELECT PORTFOLIO SERVICING, INC. AND HEARING DATE

Leon Cleveland, Debtor, by and through undersigned counsel, has filed an objection to amended proof of claim 13 you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated**. **You should read these papers carefully and discuss them with your attorney, if you have one**.

If you do not want the court to eliminate or change your claim, or if you want the court to consider your views, you or your lawyer must attend the hearing on the objection scheduled to be held before the Honorable Stephen Raslavich, United States Bankruptcy Judge on February 22, 2017 at 10:00 a.m. at the following location:

United States Bankruptcy Court
Eastern District of Pennsylvania
Courtroom #4
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

**LAW OFFICE OF STEPHEN J. ROSS, PC**

BY: */s/ Joseph Quinn*_____
Joseph Quinn, Esquire
152 E. High Street, Suite 100
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
Date:  January 24, 2017        JQuinn@sjr-law.com