**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Leon Cleveland | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.:  13-12443-sr |
| | : | |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's Objection to Claim 13 dated and docketed January 24, 2017 was forwarded to the following parties, as follows:

***Via first class mail, postage pre-paid, on January 24, 2017:***

Select Portfolio Servicing, Inc.
P.O Box 65250
Salt Lake City, UT
84165-0250

***Via Electronic Filing (ECF) on January 24, 2017:***

Danielle Boyle-Ebersole on behalf of U.S. Bank National Association, et al
debersole@hoflawgroup.com, bbleming@hoflawgroup.com

Danielle Boyle-Ebersole on behalf of US Bank, NA., successor trustee to LaSalle Bank National Association on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1
debersole@hoflawgroup.com, bbleming@hoflawgroup.com

Joshua Isaac Goldman on behalf of U.S. Bank National Association, et al
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Stephen M Hladik on behalf of Select Portfolio Servicing, Inc.
shladik@hoflawgroup.com, debersole@hoflawgroup.com

Polly A. Langdon on behalf of Trustee Frederick L. Reigle
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Thomas I. Puleo on behalf of U.S. Bank National Association, et al
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

Frederick L. Reigle, Chapter 13 Trustee
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                      **LAW OFFICE OF STEPHEN J. ROSS, PC**

                By:     */s/ Joseph Quinn*_____
                          Joseph Quinn, Esquire
                          Attorney I.D. No. 307467
                          152 E. High Street, Suite 100
                          Pottstown, PA 19464
                          T: 610.323.5300
                          F: 610.323.6081
                          JQuinn@SJR-LAW.com
Date:  January 24, 2017              Counsel for Debtor