**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Leon Cleveland | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.:  13-12443-sr |
| | : | |

### PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CLAIM NO. 13 [DOCUMENT NO. 93] FILED BY DEBTOR ON JANUARY 24, 2017

TO THE CLERK:

Kindly withdraw the objection to claim no. 13 filed by Debtor on January 24, 2017 [Document No. 93].

                           LAW OFFICE OF STEPHEN J. ROSS

                           By:    */s/ Joseph Quinn*_____
                                   Joseph Quinn, Esquire
                                   Attorney I.D. No. 307467
                                   152 E. High Street, Suite 100
                                   Pottstown, PA 19464
                                   T: 610.323.5300
                                   F: 610.323.6081
Date: April 25, 2017                  JQuinn@SJR-LAW.com