IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 13-12443-sr |
| LEON CLEVELAND, | Chapter 13 |
| Debtor, | |
| | Related to Document Nos. 103 and 104 |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| LEON CLEVELAND and FREDERICK L. REIGLE, Ch. 13 Trustee, | |
| Respondents | |

CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

     I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 8th day of June, 2017, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. 103) and a copy of the Notice of Motion, Response Deadline and Hearing on Motion (filed at Document No. 104) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Via first class U.S. Mail:

Leon Cleveland
801 Franklin Street
Coatesville, PA 19320

and:

Via electronic mail:

| | |
|---|---|
| Joseph L. Quinn, Esq. | courtnotices@sjr-law.com |
| Frederick L. Reigle, Trustee | ecfmail@fredreiglech13.com |
| Office of the United States Trustee | ustpreion03.ph.ecf@usdoj.gov |

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
PA I.D. #87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Consumer Portfolio Services, Inc.