IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LEON CLEVELAND,<br><br>Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br><br>Movant<br><br>v.<br><br>LEON CLEVELAND and<br>FREDERICK L. REIGLE,  Ch. 13 Trustee,<br><br>Respondents | Bankruptcy No. 13-12443-sr<br><br>Chapter 13<br><br>Related to Document No. 103 |

CERTIFICATE OF NO OBJECTION OR RESPONSE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 103 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Motion, Response Deadline and Hearing Date, objections to the motion were to be filed and served no later than June 23, 2017.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated:  June 26, 2017

Respectfully submitted,

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
PA I.D. #87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Consumer Portfolio Services