IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 13-12443-sr |
| LEON CLEVELAND, | Chapter 13 |
| Debtor, | |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| LEON CLEVELAND and<br>FREDERICK L. REIGLE, Ch. 13 Trustee, | |
| Respondents | |

ORDER OF COURT

AND NOW, this ___ day of _____, 2017, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED that:

a.   Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc., in the 2007 Audi A6 Sedan 4D 3.2 AWD 3.2L V6, VIN WAUDH74F87N040788; and,

b.   Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and,

c.   The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

**Dated: June 29, 2017**

BY THE COURT:

_____
Hon. Stephen Raslavich
U.S. Bankruptcy Court Judge