United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-12443-sr
Leon Cleveland                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Jun 29, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
db             +Leon Cleveland,    801 Franklin Street,    Coatesville, PA 19320-5814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   US Bank, NA., successor trustee to LaSalle
         Bank National Association on behalf of the holders of Bear Stearns Asset Backed Securities I
         Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 debersole@hoflawgroup.com,
         bbleming@hoflawgroup.com
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, et al
         debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        GREGORY   JAVARDIAN    on behalf of Creditor   Bank of America, N.A. greg@javardianlaw.com,
         mary@javardianlaw.com;tami@javardianlaw.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
         jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
        JEFFREY T GROSSMAN    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
         jgrossman@grossmanfirm.com,   jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
        JILL  MANUEL-COUGHLIN    on behalf of Creditor   Bayview Loan Servicing, LLC jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        JOSEPH L QUINN    on behalf of Debtor Leon  Cleveland CourtNotices@sjr-law.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
         james.feighan@phila.gov
        PETER J. ASHCROFT    on behalf of Creditor   Consumer Portfolio Services, Inc.
         pashcroft@bernsteinlaw.com,
         pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        STEPHEN J ROSS    on behalf of Debtor Leon  Cleveland CourtNotices@SJR-Law.com
        STEPHEN M HLADIK    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC.
         shladik@hoflawgroup.com,   debersole@hoflawgroup.com
        THOMAS DANIEL BIELLI    on behalf of Creditor   Gelt Financial Corporation tbielli@bk-legal.com,
         cstephenson@bk-legal.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor   US Bank, NA., successor trustee to LaSalle Bank
         National Association on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
         2005-FR1, Asset-Backed Certificates Series 2005-FR1 tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                   TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-12443-sr |
|---|---|
| LEON CLEVELAND, | Chapter 13 |
| Debtor, | |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| LEON CLEVELAND and<br>FREDERICK L. REIGLE, Ch. 13 Trustee, | |
| Respondents | |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2017, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED that:

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc., in the 2007 Audi A6 Sedan 4D 3.2 AWD 3.2L V6, VIN WAUDH74F87N040788; and,

b. Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and,

c. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

**Dated: June 29, 2017**

BY THE COURT:

_____
Hon. Stephen Raslavich
U.S. Bankruptcy Court Judge