```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                              Case No. 13-12443-jkf
Leon Cleveland                                                      Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0313-2         User: PaulP               Page 1 of 2                 Date Rcvd: Aug 20, 2018
                             Form ID: 138NEW           Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db            +Leon Cleveland,    801 Franklin Street,    Coatesville, PA 19320-5814
cr           #+Gelt Financial Corporation,    2755 Philmont Avenue, Suite 130,    Huntingdon Valley, PA 19006,
               U.S.A. 19006-5321
cr            +PHILADELPHIA FEDERAL CREDIT UNION,    Grossman Law Firm, P.C.,    1333 Race Street,
               Philadelphia, PA 19107-1556
13000771      +Acs Inc,   Attn: Bankruptcy,    Po Box 56317,   Philadelphia, PA 19130-6317
13000773      +Chase,   Po Box 24696,   Columbus, OH 43224-0696
13000774      +Dept Of Ed/sallie Mae,    Po Box 9500,   Wilkes Barre, PA 18773-9500
13429839       ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13000777     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Cred,    Ford Credit,    Po Box 6275,   Deerborn, MI 48121)
13000776       Flagship Resort,    601 N Maine Avenue,    Atlantic City, NJ 08401
13000778     #+Gelt Financial Corporation,    2755 Philmont Avenue, Suite 130,
               Huntingdon Valley, PA 19006-5321
13147957       JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus OH 43219-6009
13120949      +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13000779      +Medical Data Systems I,    2001 9th Ave,    Suite 312,   Vero beach, FL 32960-6413
13000781      +P H E A A/h C B,   Aes/Ddb,    Po Box 8183,   Harrisburg, PA 17105-8183
13053789      +PHEAA,    PO Box 8147,   Harrisburg PA 17105-8147
13000782      +Philadelphia Fed Cr Un,    12800 Townsend Rd,   Philadelphia, PA 19154-1095
13041238      +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13783008       U.S. Bank, N.A., successor trustee to LaSalle Bank,    Select Portfolio Servicing, Inc.,
               P.O Box 65250,   Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Aug 21 2018 02:25:13     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 21 2018 02:25:08     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Aug 21 2018 02:25:13     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
cr            +E-mail/Text: jennifer.chacon@spservicing.com Aug 21 2018 02:25:41
               US Bank, NA., successor trustee to LaSalle Bank Na,    c/o Select Portfolio Servicing, Inc.,
               3217 S. Decker Lake Drive,    Salt Lake City, ut 84119-3284
13000772      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 21 2018 02:25:10
               Bayview Financial Loan,    Bankruptcy Dept,   4425 Ponce De Leon Blvd 5th Fl,
               Miami, FL 33146-1873
13064046      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 21 2018 02:25:10
               Bayview Loan Servicing, LLC,    4425 Ponce DeLeon Boulevard,,   5th Floor,
               Coral Gables, FL 33146-1837
13071668      +E-mail/Text: bncmail@w-legal.com Aug 21 2018 02:25:04     CERASTES, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13100883      +E-mail/Text: megan.harper@phila.gov Aug 21 2018 02:25:13
               CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13000775      +E-mail/Text: bankruptcynotices@dcicollect.com Aug 21 2018 02:25:27     Diversified,
               P O Box 551268,   Jacksonville, FL 32255-1268
13000780      +E-mail/PDF: cbp@onemainfinancial.com Aug 21 2018 02:26:51     Onemain Financial,
               6801 Colwell Blvd,    Irving, TX 75039-3198
13903524       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2018 02:24:45
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg PA 17128-0946
13081798       E-mail/Text: appebnmailbox@sprint.com Aug 21 2018 02:24:58     Sprint Nextel,
               Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
13169889       E-mail/PDF: pa_dc_ed@navient.com Aug 21 2018 02:37:34     Sallie Mae Inc. on behalf of,
               Department of Education,    P.O. Box 740351,   Atlanta, GA. 30374-0351
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13172586       Seterus, Inc.
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
cr*            ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13030101*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
               Detroit MI 48255-0953)
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Aug 20, 2018
                              Form ID: 138NEW          Total Noticed: 31

cr           ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13225195     ##Select Portfolio Servicing, Inc.,    3815 South West Temple Street,    Salt Lake City, UT,
              84115-4412
                                                                                    TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2018 at the address(es) listed below:

```
          DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
           debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
          DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor    US Bank, NA., successor trustee to LaSalle
           Bank National Association on behalf of the holders of Bear Stearns Asset Backed Securities I
           Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          GREGORY   JAVARDIAN   on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
           jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
          JEFFREY T GROSSMAN    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
           jgrossman@grossmanfirm.com,    jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          JOSEPH L QUINN    on behalf of Debtor Leon  Cleveland CourtNotices@sjr-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.
           pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          STEPHEN J ROSS    on behalf of Debtor Leon  Cleveland CourtNotices@SJR-Law.com
          STEPHEN M HLADIK    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
           shladik@hoflawgroup.com,    debersole@hoflawgroup.com
          THOMAS DANIEL BIELLI    on behalf of Creditor    Gelt Financial Corporation tbielli@bk-legal.com,
           cstephenson@bk-legal.com;acarrillo@bk-legal.com
          THOMAS I. PULEO    on behalf of Creditor    US Bank, NA., successor trustee to LaSalle Bank
           National Association on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2005-FR1, Asset-Backed Certificates Series 2005-FR1 tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
           tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                          TOTAL: 19
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Leon Cleveland

        Debtor(s)                                         Bankruptcy No: 13–12443–jkf

                                                                     Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                  For The Court

                                                  Timothy B. McGrath
                                                  Clerk of Court

Dated: 8/20/18

                                                                                        117 – 116
                                                                                   Form 138_new