United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-12443-jkf
Leon Cleveland                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 1           Date Rcvd: Sep 28, 2018
                              Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db             +Leon Cleveland,    801 Franklin Street,    Coatesville, PA 19320-5814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
    DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    US Bank, NA., successor trustee to LaSalle
     Bank National Association on behalf of the holders of Bear Stearns Asset Backed Securities I
     Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 debersole@hoflawgroup.com,
     bbleming@hoflawgroup.com
    DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
     debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
    FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
    GREGORY  JAVARDIAN    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
     mary@javardianlaw.com;tami@javardianlaw.com
    JASON BRETT SCHWARTZ    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
     jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
    JEFFREY T GROSSMAN    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
     jgrossman@grossmanfirm.com,    jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
    JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkallc.com,
     chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
     ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
    JOSEPH L QUINN    on behalf of Debtor Leon  Cleveland CourtNotices@sjr-law.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
     bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
    PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
     karena.blaylock@phila.gov
    PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.
     pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
    STEPHEN J ROSS    on behalf of Debtor Leon  Cleveland CourtNotices@SJR-Law.com
    STEPHEN M HLADIK    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
     shladik@hoflawgroup.com,    debersole@hoflawgroup.com
    THOMAS DANIEL BIELLI    on behalf of Creditor    Gelt Financial Corporation tbielli@bk-legal.com,
     cstephenson@bk-legal.com;acarrillo@bk-legal.com
    THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
     tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
    THOMAS I. PULEO    on behalf of Creditor    US Bank, NA., successor trustee to LaSalle Bank
     National Association on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
     2005-FR1, Asset-Backed Certificates Series 2005-FR1 tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                    TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Leon Cleveland                                                  : Case No. 13−12443−jkf
       Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 28, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                      By The Court

                      Jean K. FitzSimon
                      Judge , United States Bankruptcy Court