United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 13-12443-jkf
Leon Cleveland                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin          Page 1 of 2          Date Rcvd: Sep 28, 2018
                        Form ID: 3180W        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
```
db              +Leon Cleveland,    801 Franklin Street,    Coatesville, PA 19320-5814
13000778       #+Gelt Financial Corporation,    2755 Philmont Avenue, Suite 130,
                 Huntingdon Valley, PA 19006-5321
13147957        JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus OH 43219-6009
13120949       +Law Office of Stephen Ross, P.C.,     152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13041238       +Philadelphia Federal Credit Union,     12800 Townsend Road,    Philadelphia, PA 19154-1095
13783008        U.S. Bank, N.A., successor trustee to LaSalle Bank,     Select Portfolio Servicing, Inc.,
                 P.O Box 65250,    Salt Lake City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2018 03:06:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13064046       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 29 2018 03:06:09
                 Bayview Loan Servicing, LLC,    4425 Ponce DeLeon Boulevard,,    5th Floor,
                 Coral Gables, FL 33146-1837
13071668       +E-mail/Text: bncmail@w-legal.com Sep 29 2018 03:06:00      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13100883       +E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:26
                 CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13429839        EDI: ECMC.COM Sep 29 2018 06:53:00      ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13030101        EDI: FORD.COM Sep 29 2018 06:53:00      Ford Motor Credit Company LLC,    Dept 55953,
                 P O Box 55000,    Detroit  MI  48255-0953
13903524        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2018 03:05:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
13081798        EDI: NEXTEL.COM Sep 29 2018 06:53:00      Sprint Nextel,    Attn Bankruptcy Dept,   PO Box 7949,
                 Overland Park KS 66207-0949
13169889        EDI: NAVIENTFKASMDOE.COM Sep 29 2018 06:53:00      Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
                                                                                               TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13172586        Seterus, Inc.
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13225195       ##Select Portfolio Servicing, Inc.,     3815 South West Temple Street,    Salt Lake City, UT,
                 84115-4412
                                                                                 TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: admin               Page 2 of 2               Date Rcvd: Sep 28, 2018
                              Form ID: 3180W            Total Noticed: 16
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    US Bank, NA., successor trustee to LaSalle
               Bank National Association on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GREGORY  JAVARDIAN    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JEFFREY T GROSSMAN    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
               jgrossman@grossmanfirm.com,    jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSEPH L QUINN    on behalf of Debtor Leon  Cleveland CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN J ROSS    on behalf of Debtor Leon  Cleveland CourtNotices@SJR-Law.com
              STEPHEN M HLADIK    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               shladik@hoflawgroup.com,    debersole@hoflawgroup.com
              THOMAS DANIEL BIELLI    on behalf of Creditor    Gelt Financial Corporation tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              THOMAS I. PULEO    on behalf of Creditor    US Bank, NA., successor trustee to LaSalle Bank
               National Association on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2005-FR1, Asset-Backed Certificates Series 2005-FR1 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 19
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Leon Cleveland** | Social Security number or ITIN   **xxx–xx–2561** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **13–12443–jkf**

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Leon Cleveland

9/27/18                                                                                     **By the court:**       Jean K. FitzSimon
                                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**